# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

134272

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RICHARD J. GIBBS, JR., and GIBBS
INDUSTRIES, LTD.,
      Plaintiffs/Counter Defendants-
      Appellees,

v

JOSEPH C. GIBBS, RICHARD J. GIBBS, SR.,
GIBBS MACHINERY COMPANY, INC.,
BRENTWOOD HOLDINGS, INC., RM
ENGINEERING, INC., PGG PROPERTIES,
L.L.C., and GGG INDUSTRIES LIMITED
LIABILITY COMPANY,
      Defendants/Counter Plaintiffs-
      Appellants.

SC: 134272
COA: 266718
Macomb CC: 2003-004347-CB

_____/

      On order of the Court, the application for leave to appeal the March 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007 _____

s0830

_____
Clerk